

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-15-00107-CV

Justin V. **HAYNES**,
Appellant

v.

Alicia Bryan **HAYNES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 20, 2015, this Court abated this appeal and ordered the parties to file an advisory every three weeks regarding the status of the underlying proceedings. On May 9, 2016, appellant filed the twelfth advisory stating the abatement should continue until the supplemental clerk's record is filed. These records were filed on June 16, 2016.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. Appellant's brief shall be filed within 30 days of the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court